## Commonwealth *v.* Swanger, Appellant.

Submitted September 13, 1971. *Frederick S. Wolf,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.